Christine M. JONES *v.* Jerry A. JONES

95-1150                                            933 S.W.2d 810

Supreme Court of Arkansas
Opinion delivered December 13, 1996

*Mona J. McNutt,* for petitioner.

*Grinder Law Firm,* by: *Helen Rice Grinder,* for respondent.

PER CURIAM. The petition for extraordinary relief and expedited proceedings is granted. The Faulkner County Chancery Court is directed to reinstate the original custody order forthwith.